UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80644-CIV-ZLOCH

JIMMY LEE JORDAN,

    Petitioner,

vs.                      **O R D E R**

STATE OF FLORIDA,

    Respondent.
_____/

    THIS MATTER is before the Court upon Petitioner Jimmy Lee Jordan's Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus (DE 1), and the Report Re Dismissal For Failure To Obtain Authorization (DE 3) filed herein by United States Magistrate Judge Patrick A. White.  No objection to said Report has been filed.  The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Report Re Dismissal For Failure To Obtain Authorization (DE 3) filed herein by United States Magistrate Judge Patrick A. White be and the same is hereby approved, adopted and ratified by the Court;

    2. Petitioner Jimmy Lee Jordan's Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus (DE 1) be and the same is hereby **DENIED;** and

3. Final Judgment will be entered by separate Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this __25th__ day of July, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Patrick A. White
United States Magistrate Judge

All Counsel of Record

Jimmy Lee Jordan, pro se
DC # 080197
Polk Correctional Institution
1800 Evans Road
F-117
Polk City, FL 33868

2